**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand twenty.

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket No. 19-1561 |
| v. | |
| Max Paul Riestra, AKA Carlos Alberto Riestra, AKA Jesus Valdonado Castro, AKA Jose Zamora, AKA Jesus Ivan Riestra Delgado, AKA Ruben Rios, | |
|     Defendant - Appellant. | |

_____

    Appellant moves for voluntary dismissal of his appeal pursuant to FRAP 42 and Local Rule 42.2.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/14/2020**